IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JUAN MANUEL ALBARADO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 1:15-CV-0220-P-BL |
| | ) | |
| CITY OF ABILENE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On January 21, 2016, the assigned Magistrate Judge issued a Report and Recommendation (doc. 14) in which he recommended that the claims of Plaintiffs Anita Lou Guajardo and Juan Victor Albarado be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for their failure to prosecute this action. No party has filed any objection to the recommendation. After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court hereby dismisses the claims of Plaintiffs Anita Lou Guajardo and Juan Victor Albarado as recommended. The Clerk of Court shall note on the docket that those two individuals are no longer parties to this action. Pursuant to Special Order 3, this case remains referred to Magistrate Judge E. Scott Frost for screening.

SIGNED this 17th day of February, 2016.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE